**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WAYNE FARMS LLC | ) | Civil Action No.: |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WAYNE FOOD LTD | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff, WAYNE FARMS LLC (hereafter sometimes "WAYNE FARMS") for its

complaint against Defendant, WAYNE FOOD LTD, (hereafter sometimes "DEFENDANT")

alleges:

**PARTIES**

1.      Plaintiff, WAYNE FARMS, is a limited liability company organized under the

laws of Delaware, with its principal place of business located at 4110 Continental Drive,

Oakwood, GA 30566.

2.      Defendant, WAYNE FOOD LTD d/b/a WAYNE FOOD CO LTD. is, on

information and belief, is a foreign corporation organized and existing under the laws of the

nation of Cameroon with its principal place of business located at the address Douala Akwa

Douala Littoral 00237 Cameroon.  Any reference herein to DEFENDANT or Defendant will

include any of Defendant's related or subsidiary entities associated in the actions or conduct

herein alleged.

1

3.      DEFENDANT, is using the mark WAYNE FOOD on and in connection with the sale, advertising and promotion of food products, and to solicit payments for orders for food products.

## JURISDICTION AND VENUE

4.      This action is for Federal trademark infringement, dilution, unfair competition and cybersquatting involving claims arising under the Trademark Act of the United States commonly known as the Lanham Act 15 U.S.C. §§ 1051 et seq., for Federal Copyright infringement under the Copyright laws of the United States, 17 U.S.C. § 101 et seq and for state trademark infringement, injury to business reputation and dilution, deceptive trade practices, deceptive business practices and unfair competition under the laws of the State of Illinois, involving claims arising under the Trademark Registration and Protection Act, 765 ILCS § 1036 et seq., the Consumer Fraud Act 815 ILCS 505/2 et seq., Deceptive Trade Practices Act 815 ILCS 510/2 et. seq., and the common law.

5.      This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331, 1338(a) and 15 U.S.C. § 1121, and has subject matter jurisdiction over the state law claims under 28 U.S.C. §§ 1338(b) and 1332, and since these claims are joined with substantial and related claims under the Trademark Laws of the United States.

6.      Venue properly lies within the Northern District of Illinois pursuant to 28 U.S.C. § 1391as these causes of action arise as a result of the misrepresentations on DEFENDANT'S website being viewable in and having a substantial impact on this District and, based upon information and belief, DEFENDANT'S use of its website and domain name to solicit and misappropriate funds from businesses in this District.

7.    WAYNE FARMS has, for many years, been engaged in processing, packing and otherwise selling variety of food products in this District, in the United States and internationally.

8.    WAYNE FARMS has promoted its marks WAYNE FARMS and BARN, SILO and TREE DESIGN in traditional advertising and promotional channels and electronic media expending advertising and promotional efforts and incurring advertising and promotional expenses in support of said marks and has exclusively used the marks in commerce.

9.    Over the years WAYNE FARMS, to protect its valuable trademark rights in its marks WAYNE FARMS and BARN, SILO and TREE DESIGN has obtained Federal Trademark Registrations duly issued from the United States Patent and Trademark Office, status copies showing title comprising the following Exhibits:

|  | Trademark | Reg # | Drawing | Goods |
|---|---|---|---|---|
| Exhibit 1 | WAYNE FARMS and BARN, SILO and TREE DESIGN | 4371372 |  | Poultry |
| Exhibit 2 | WAYNE FARMS and BARN, SILO and TREE DESIGN with CHINESE "big, powerful, healthy, earth" | 4683867 |  | Poultry |
| Exhibit 3 | WAYNE FARMS & Device | 2257934 |  | Fresh dressed and frozen turkeys, fresh dressed and frozen chickens |
| Exhibit 4 | WAYNE FARMS | 980466 | **WAYNE FARMS** | Fresh dressed and frozen chickens |

10.     WAYNE FARMS uses and promotes its company using the following artwork and mark, including promotion on its company website, a screen shot of the home page being shown in Exhibit 5, the website being located at www.waynefarms.com:



11.     The WAYNE FARMS website includes current information regarding the company and the products and services it offers to customers, including the history of the company dating back to its founding in 1895.

12.     By reason of WAYNE FARMS' long use, promotion and dissemination of its goods,  its marks WAYNE FARMS and BARN, SILO and TREE DESIGN has caused such marks to have acquired recognition, and the relevant trade and public has come to recognize such marks as signifying Plaintiff. Through this long use and promotion and due to the favorable recognition of WAYNE FARMS the mark has become famous as a designation of origin for poultry.

13.     Notwithstanding Plaintiff's prior established rights in its marks WAYNE FARMS and BARN, SILO and TREE DESIGN, DEFENDANT has published a website, at the domain http://www.waynefoodcoltd.com, a screen shot of which is in Exhibit 6, which website is viewable in this district,  which includes the following artwork and mark, which is a copy of WAYNE FARMS' artwork and mark:



14.     DEFENDANT'S website offers for sale a wide variety of food products including poultry products.  Additionally, DEFENDANT's website includes a purported company history which, other than substituting "Food" or "Food Co Ltd" for "Farms" in the WAYNE FARMS mission statement and company history, is strikingly similar to that of WAYNE FARMS, with portions being literally identical, yet, as applied to DEFENDANT being blatantly false.

15.     DEFENDANT'S domain name www.waynefoodcoltd.com  is registered to the following entity through the domain name registrar Godaddy.com, as shown by the Whois records of Godaddy.com, Exhibit 7:

        Registrant Name: Wayne Food Ltd
        Registrant Organization:
        Registrant Street: Douala
        Registrant Street: Akwa
        Registrant City: Douala
        Registrant State/Province: Littoral
        Registrant Postal Code: 00237
        Registrant Country: Cameroon
        Registrant Phone: +237.677196252
        Registrant Phone Ext:
        Registrant Fax:
        Registrant Fax Ext:
        Registrant Email: waynefood2015@gmail.com

16.     Godaddy.com transacts and solicits substantial business in this District.

17.     WAYNE FARMS has used the marks WAYNE FARMS and BARN, SILO and TREE DESIGN and has owned the registrations in Exhibits 1, 2, 3 and 4 long prior to Defendant's first use of the mark WAYNE FOOD.  Defendant's use of WAYNE FOOD and a BARN, SILO and TREE DESIGN under the circumstances involved will cause a likelihood of confusion, mistake or deception of a not insignificant number of prospective purchasers into believing that there is some affiliation, association or common source of sponsorship with

Plaintiff's marks WAYNE FARMS and BARN, SILO and TREE DESIGN for providing psychological assessments for individual and business purposes, or with Plaintiff's products, services or business.

18.     WAYNE FARMS' website was created by WAYNE FARMS employees and in its present version was fixed in a tangible medium of expression on or about April 1, 2015.  An application to register that subsisting copyright is pending in the US Copyright Office as Case #: 1-2346047561 Title: Wayne Farms 2015 Website.

19.     DEFENDANT'S website content is strikingly similar to the copyrighted content on WAYNE FARMS' website.  These similarities include, *inter alia*, near copying of the company history, as shown by a comparison of WAYNE FARMS' pages entitled About Us, Mission and Vision and A Historical Timeline of Wayne Farms LLC, (Exhibit 8) to DEFENDANT's About page (Exhibit 9).

20.     Defendant's use of WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com, the website content will cause, and is likely to cause, confusion and mistake with Plaintiff's products and services, disseminated or sold in connection with Plaintiff's marks WAYNE FARMS and BARN, SILO and TREE DESIGN, or Plaintiff's business so as to deceive consumers, the trade and others, and thereby constitutes an infringement of Plaintiff's rights through unfair competition.

21.     Upon information and belief, the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com, and the website content are being used by Defendant to divert sales of WAYNE FARMS product and as part of a scheme to defraud customers and potential customers of WAYNE FARMS through the submission of

fraudulent invoices soliciting payment to a specifically identified account at Bank of America, Exhibit 10.

22.     Products processed, packed, sold or intended for sale under DEFENDANT'S WAYNE FOOD mark, the BARN, SILO and TREE DESIGN, and sold using the domain name www.waynefoodcoltd.com and the website content could move through similar channels of trade, or be promoted to the same or similar classes of prospective purchasers or end-users, or to the same or similar prospective purchasers as WAYNE FARMS' products.

23.     Persons familiar with WAYNE FARMS' marks and business are likely to be confused, mistaken and/or to be deceived upon seeing DEFENDANT'S use of WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com and the false company history,  are therefore likely to believe that DEFENDANT'S business is endorsed by, sponsored by, or emanates from, or in some way is connected with WAYNE FARMS or with the marks WAYNE FARMS and the BARN, SILO and TREE DESIGN , the domain name, the website content or variations thereof.

24.     WAYNE FARMS will be unable to police the nature and quality of goods sold by DEFENDANT under the problematic marks at issue or of variations thereof.  The sale or prospective sale by DEFENDANT of products or services, and the receipt of funds solicited under the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com, the website content or variations thereof, will also blur and diminish the distinctive quality of WAYNE FARMS' marks WAYNE FARMS and the BARN, SILO and TREE DESIGN, the domain name and the website content and lessen its capacity to identify and distinguish the products and services of WAYNE FARMS.

25.     Use by DEFENDANT of the marks, domain name and content at issue, or variations thereof, is without WAYNE FARMS' consent or permission.

26.     Upon information and belief, DEFENDANT, with knowledge of Plaintiff's marks WAYNE FARMS and BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com and the website content and in willful disregard of WAYNE FARMS' rights, is engaging in a deliberate course of conduct designed to appropriate the goodwill associated with WAYNE FARMS' marks, domain name and content.

27.     DEFENDANT has, on information and belief, intentionally and willfully attempted to trade upon the goodwill of WAYNE FARMS.

28.     DEFENDANT'S use of a mark, name or content which is confusingly similar to WAYNE FARMS' marks WAYNE FARMS and the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com and the website content will irreparably harm Plaintiff by diminishing the reputation and goodwill of WAYNE FARMS' marks WAYNE FARMS and BARN, SILO and TREE DESIGN.  The public association of the marks WAYNE FARMS and BARN, SILO and TREE DESIGN with WAYNE FARMS' products is sufficiently great that the use by another of the mark at issue under the circumstances at issue for DEFENDANT'S products or proposed products will inevitably cause the trade or consumers to believe that it is produced, authorized, licensed, or sponsored by WAYNE FARMS or that it is somehow connected with WAYNE FARMS.

## COUNT I

### (Federal Trademark Infringement)

29.     WAYNE FARMS realleges and incorporates herein by this reference the allegations contained in paragraphs 1 through 28 hereof as if set forth in full.

30.     DEFENDANT'S unauthorized use in commerce of the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com and the website content or variations thereof with respect to DEFENDANT'S products and solicitation of orders is likely to result in confusion, deception, or mistake and therefore constitutes an infringement of WAYNE FARMS' registered trademarks under 15 U.S.C. §1114.

31.     DEFENDANT has used and is continuing to use the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN , the domain name www.waynefoodcoltd.com and the website content or variations thereof with full knowledge of WAYNE FARMS' prior rights and with the intent and purpose to trade upon the goodwill of WAYNE FARMS' marks, therefore DEFENDANT'S infringement is thus willful and deliberate.

## COUNT II

### (Unfair Competition Under Federal Law)

32.     WAYNE FARMS realleges and incorporates herein by this reference the allegations contained in paragraphs 1-28, 30 and 31 of this Complaint as if set forth in full.

33.     DEFENDANT'S unauthorized use in commerce of the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN , the domain name www.waynefoodcoltd.com, the website content or variations thereof constitutes a false designation of origin and a false or misleading representation of fact that is likely to confuse or deceive consumers, or cause consumers to believe mistakenly that defendant and/or its goods are made or produced and/or its services offered by Plaintiff or are otherwise affiliated, connected, or associated with, or sponsored or approved by Plaintiff and therefore constitutes unfair competition pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a).

34.     DEFENDANT'S use in commerce of the mark WAYNE FOOD, the BARN, SILO and TREE DESIGN, the domain name www.waynefoodcoltd.com, the website content or variations thereof in connection with DEFENDANT'S marketing, distribution, promotion and sale to the consuming public of its goods and its solicitation of funds under those marks, the domain name www.waynefoodcoltd.com, the website content or variations thereof constitutes a misappropriation of the distinguishing and identifying features which WAYNE FARMS created through substantial effort and expense, thus evoking from the trade, consumers and others an immediate commercial impression or association favorable to DEFENDANT, based on and derived from WAYNE FARMS' marks WAYNE FARMS and BARN, SILO and TREE DESIGN, domain name and website content and the goodwill associated therein.

35.     DEFENDANT'S use of the mark WAYNE FOOD BARN, SILO and TREE DESIGN, domain name www.waynefoodcoltd.com and website content or variations thereof constitutes false representations that Defendant has some connection or association with, or sponsorship by WAYNE FARMS, and that the products and deliveries of products identified with WAYNE FARMS are available from and will be performed by DEFENDANT.

36.     Said actions of DEFENDANT constitute violations of 15 U.S.C. §1125(a) in that such false designation and representations of origin and quality are used on or in connection with the products that DEFENDANT causes to enter into, or to affect commerce, which may lawfully be regulated by Congress.

37.     DEFENDANT has used and is continuing to use the mark WAYNE FOOD or variations thereof with full knowledge of WAYNE FARMS' rights, and based upon information and belief, said actions by Defendant are with an intent and purpose to trade upon the goodwill

of WAYNE FARMS' marks WAYNE FARMS and BARN, SILO and TREE DESIGN, domain name and website content. DEFENDANT'S infringement is thus willful and deliberate.

## COUNT III

### (Dilution Under Federal Law)

38.     WAYNE FARMS realleges and incorporates herein by this reference the allegations contained in paragraphs 1-28, 30 -31, 33 - 37 hereof as if set forth in full.

39.     The use by DEFENDANT of the mark WAYNE FOOD and BARN, SILO and TREE DESIGN, all of which occurred after WAYNE FARMS's marks became famous, will dilute the distinctive quality of WAYNE FARMS' exceptionally well-known and famous trademarks WAYNE FARMS and BARN, SILO and TREE DESIGN, and therefore constitutes federal trademark dilution pursuant to Section 43(c) of the Lanham Act, 15 U.S.C. §§ 1125(c), as amended by the Federal Trademark Dilution Act of 1995.

40.     DEFENDANT has used and continues to use the mark WAYNE FOOD with full knowledge of WAYNE FARMS' long prior rights and fame of the marks WAYNE FARMS and BARN, SILO and TREE DESIGN and said use by DEFENDANT, based upon information and belief, are with a deliberate intent and purpose to trade upon the goodwill of WAYNE FARMS' marks WAYNE FARMS and BARN, SILO and TREE DESIGN or variations thereof or to dilute the distinctive quality thereof, blur and diminish the distinctive quality of WAYNE FARMS' marks WAYNE FARMS and BARN, SILO and TREE DESIGN and lessen their capacity to identify and distinguish the products of WAYNE FARMS.

## COUNT IV

### Violation of Anticybersquatting Consumer Protection Act

41.     WAYNE FARMS realleges and incorporates herein by this reference the allegations contained in paragraphs 1-28, 30 -31, 33 – 37, 39 – 40  hereof as if set forth in full.

42.     On information and belief, DEFENDANTS' Internet domain name www.waynefoodcoltd.com was registered and/or used with the bad faith intent to profit from WAYNE FARMS ' famous and inherently distinctive Trademarks by misleading and deceiving the public into believing that the website operated at the DEFENDANT'S Internet domain name is associated or affiliated with, or sponsored or endorsed by, WAYNE FARMS .

43.     At the time of registration DEFENDANT'S domain name www.waynefoodcoltd.com  was confusingly similar to WAYNE FARMS' distinctive trademarks in violation of 15 U.S.C. § 1125(d).

44.     At the time of registration, Defendants' Internet domain name www.waynefoodcoltd.com  was both confusingly similar to and dilutive of WAYNE FARMS' famous trademarks in violation of 15 U.S.C. § 1125(d).

45.     By reason of the foregoing, DEFENDANT's domain name www.waynefoodcoltd.com and any domain names confusingly similar thereto should be cancelled or transferred to WAYNE FARMS  pursuant to 15 U.S.C. § 1125(d).

## COUNT V

### (Copyright Infringement)

46.     WAYNE FARMS realleges and incorporates herein by this reference the allegations contained in paragraphs 1-28, 30 -31, 33 – 37, 39 – 40, 42 - 45  hereof as if set forth in full.

47.     WAYNE FARMS created and published a website, the latest version of which was fixed in a tangible medium of expression in the year 2015 and published on or about April 1, 2015.

48.     WAYNE FARMS has submitted to the United States copyright office a claim to registration of said website.

49.     At all relevant times, WAYNE FARMS was and continues to be the sole proprietor of rights, title and interest in and to the copyright rights in the work comprising its website.

50.     At no time has WAYNE FARMS authorized DEFENDANT to reproduce, adapt, distribute, sell, perform, or display the copyrighted work.

51.     DEFENDANT has and on information and belief is presently reproducing and distributing unauthorized works copied or derived from WAYNE FARMS's copyrighted work, and has in fact reproduced, prepared derivative works from and distributed, published, posted such unauthorized copies viewable in Illinois, and in this judicial district, for financial gain.

52.     DEFENDANT has infringed, and threatens to continue infringing, WAYNE FARMS' copyright by reproducing, adapting, distributing, selling, performing, and/or displaying the said unauthorized work on the Internet and on information and believe other media.  Upon information and belief, DEFENDANT is, or has, blatantly published and distributed unauthorized copies of WAYNE FARMS' copyrighted works to the general public.

53.     By reason of DEFENDANT's infringement and threatened infringement of WAYNE FARMS' copyrights, WAYNE FARMS has sustained and will continue to sustain substantial and irreparable injury, loss, and damage to its rights in the copyrighted work.

54.     WAYNE FARMS has sustained injury to its business result of DEFENDANT'S acts of copyright infringement.

55.     DEFENDANT'S slavish copying of WAYNE FARMS website contents including reference to company background, mission, history, locations and other unique and novel information is willful infringement and DEFENDANT is subject to willful infringement damages under 17 U.S.C. 504 (c) (2).

56.     WAYNE FARMS is entitled to recover from DEFENDANT the gains, profits, enrichment and advantages DEFENDANT has obtained as a result of its acts of copyright infringement, including but not limited to, revenues derived from product sales and the value of any mailing lists derived from use of said infringing works.  WAYNE FARMS presently is unable to ascertain the full extent of the gains, profits, enrichment and advantages DEFENDANT has obtained by reason of its acts of copyright infringement, and prays for and demands an accounting thereof.  WAYNE FARMS has the right to elect Statutory Damages for this infringement.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF WAYNE FARMS prays for judgment as follows:

1.     That DEFENDANT, its respective owners, managers, directors, officers, agents and employees, successors and assigns and all others in active, knowing concert with it, be temporarily, preliminarily and then permanently restrained and enjoined from:

a.     marketing, advertising, displaying, selling its providing food or animal products or any other related products or services in association with the mark WAYNE, WAYNE FOOD, the BARN, SILO and TREE DESIGN alone or in combination with any word, design or name, or any other mark, including but not limited to any BARN, SILO and

TREE DESIGN, which is likely to cause confusion, mistake or deception with the marks WAYNE, WAYNE FARMS and BARN, SILO and TREE DESIGN;

b.        otherwise infringing PLAINTIFF WAYNE FARMS' marks WAYNE, WAYNE FARMS, the BARN, SILO and TREE DESIGNS;

c.        engaging in any other or further acts which are false designations of origin or unfair competition against PLAINTIFF WAYNE FARMS;

d.        using any trademark or tradename which will be likely to dilute the distinctive quality of PLAINTIFF WAYNE FARMS' marks WAYNE, WAYNE FARMS, the BARN, SILO and TREE DESIGNS or tarnish the business reputation of WAYNE FARMS;

e.        posting, making available for viewing, maintaining, publishing, distributing, displaying, storing or preparing any derivative works on DEFENDANT's website or in any other medium, which are similar to the WAYNE FARMS website content;

f.        sending, transmitting, disseminating or otherwise communicating using the designation, trade name or marks WAYNE, WAYNE FOOD, WAYNE FARMS, the BARN, SILO and TREE DESIGNS or any designations similar thereto, any purported offers for sale or requests to submit funds in exchange for goods.

2.        That DEFENDANT its respective owners, managers, directors, officers, agents and employees, successors and assigns and all others in active, knowing concert wwith it, be be affirmatively ordered to:

a. take down the content of the website www.waynefoodcoltd.com

b. destroy, permanently delete or erase any copies of the content on the website www.waynefoodcoltd.com;

c. transfer to WAYNE FARMS any physical manifestations of copies of the content on the website www.waynefoodcoltd.com;

d. assign to WAYNE FARMS the domain name waynefoodcoltd.com and any other similar domain name, including completion of all necessary documentation and providing all necessary identification, email addresses, login or userids and passwords necessary to accomplish the transfer;

e. abandon any trademark applications and cancel any trademark registrations in any jurisdiction filed that show WAYNE, WAYNE FARMS, the BARN, SILO and TREE DESIGN and any confusingly similar variations thereof,  and that Defendant be prohibited from file further trademark applications for such marks;

f. identify all persons and entities to whom DEFENDANT communicated any offer to sell or request for transmittal of funds made using any designation having WAYNE, WAYNE FARMS, the BARN, SILO and TREE DESIGN and any confusingly similar variations thereto;

3.      That DEFENDANT be directed to deliver up for appropriate use, which may include destruction or referral to appropriate law enforcement authorities or use in further judicial or administrative proceedings, all labels, signs, prints, packages, wrappers, receptacles, advertisements, electronic media, invoices, statements, offers or other materials in its possession or custody and control which are within the United States of America, its territories and possessions, which display the mark WAYNE, WAYNE FOOD, the BARN, SILO and TREEE DESIGN or related marks which show or include the designations, including but not limited to the mark identified in DEFENDANT'S website.

4.      That PLAINTIFF WAYNE FARMS be awarded the profits secured by DEFENDANT as a result of its unlawful activities, and that said award be trebled as provided by law or in the alternative that PLAINTIFF WAYNE FARMS be awarded statutory damages in an amount determined by the Court for willful use of an infringing or counterfeit mark.

5.      That PLAINTIFF WAYNE FARMS be awarded punitive and exemplary damages in such amount as the Court shall find sufficient to deter DEFENDANT'S willful unlawful conduct.

6.      That PLAINTIFF WAYNE FARMS be awarded its costs incurred in this action, including its reasonable attorneys' fees.

7.      That DEFENDANT be required to file with this Court and serve upon Plaintiff within ten (10) days after entry of the order of judgment a report, in writing and under oath, setting forth the manner and form of Defendant's compliance with the Court's order.

8.      That PLAINTIFF WAYNE FARMS have such other and further relief as is warranted by the facts established at trial or which this Court may deem as just and equitable.

Respectfully submitted,

By:  _____
     One of Plaintiff's attorneys

David C. Brezina
Boris Umansky
Ladas & Parry LLP
224 S. Michigan Avenue
Suite 1600
Chicago, Illinois 60604
(312) 427-1300